

**SO ORDERED.**
SIGNED this 29th day of January, 2015

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

IN RE:    AMELIA CHARLENE GREGG           #13-51541
                                          CHAPTER 13

AGREED ORDER RESOLVING CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee issued a Motion to Dismiss for feasibility due to an amended post petition claim filed by Tennessee Department of Labor & Workforce Dev- Unemployment Insurance.

The Debtor(s) shall increase plan payments from $2,600.00 to $2,804.00 per month beginning January 2015 to be paid by direct pay. Accordingly, this order is dispositive of the Trustee's Motion to Dismiss.

###

APPROVED FOR ENTRY:

/s/ Gwendolyn M. Kerney (by en w/perm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P O Box 228
Knoxville, TN. 37901
(865) 524-4995

MARK SKELTON, #010610
Attorney at Law
121 South Depot Street
Rogersville, TN. 37857
(423) 272-4812