

**SO ORDERED.**
SIGNED this 19th day of February, 2015

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

IN RE:   AMELIA CHARLENE GREGG           #13-51541
                                          Chapter 13

ORDER RESOLVING CHAPTER 13 TRUSTEE OBJECTION
TO PROOF OF CLAIM FILED BY US BANK NA DBA US BANK EQUIPMENT FINANCE

No response having been filed to the Trustee's Objection to claim filed by US BANK NA, DBA US BANK EQUIPMENT FINANCE it is hereby **ORDERED** that the Trustee's Objection to the claim is hereby sustained and that the claim filed by US BANK NA in the amount of $113,206.26 shall be disallowed in its entirety.

# # #

APPROVED FOR ENTRY:

/s/ Gwendolyn M. Kerney (by ml w/perm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995